UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FRANK BRIMAGE,
        Petitioner,

v.                    Civil Action No.  04-11715-PBS

UNITED STATES,
        Respondent.

## ORDER OF DISMISSAL

SARIS, D.J.

In accordance with this Court's order dated August 17, 2004, it is ORDERED that the within action be and it is hereby dismissed.

By the Court,

s/ Linn A. Weissman
Deputy Clerk

Date August 17, 2004

(noticeofdismissal.wpd - 12/98)        [odism.]